No. 11–8740. IN RE CRAWFORD. Petition for writ of mandamus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–930. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* VALENCIA GONZALES. C. A. 9th Cir. Certiorari granted.

No. 11–218. TIBBALS, WARDEN *v.* CARTER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 11–415. RAMIREZ-VILLALPANDO, AKA RAMIREZ *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–540. NORTH LAS VEGAS POLICE DEPARTMENT ET AL. *v.* CONATSER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CONATSER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–603. ROBERTS *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 11–606. LEIFERMAN ENTERPRISES, LLC, DBA HARMON AUTOGLASS ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 11–613. ERIE COUNTY, NEW YORK *v.* CASH. C. A. 2d Cir. Certiorari denied.

No. 11–692. RIVERA *v.* PNS STORES, INC. C. A. 5th Cir. Certiorari denied.

No. 11–693. STERLING JEWELERS INC. *v.* JOCK ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–700. NORRIS ET AL. *v.* CALIFORNIA COASTAL COMMISSION ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–716. ZACHARY *v.* FINNAN. C. A. 7th Cir. Certiorari denied.